# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SIMONE A. SPELLEN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 2:08-CV-1331-VEH |
| | ) |
| UNIVERSITY OF ALABAMA AT BIRMINGHAM (UAB), | ) |
| | ) |
| Defendant | ) |

## MEMORANDUM OPINION AND ORDER

On March 16, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. The parties were granted an extension to April 27, 2012, to file objections. On April 26, 2012, defendant filed objections to the report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED,** and **DECREED** that defendant's motion for summary judgment as to plaintiff's claim of pregnancy discrimination is due to be and hereby is **DENIED** because genuine disputes of material facts exist, making judgment inappropriate. It is further **ORDERED**, **ADJUDGED,** and **DECREED** that defendant's motion for summary judgment is due to be and hereby is **GRANTED** as to plaintiff's claim of religious discrimination, and such claim is hereby **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to **REASSIGN** this action to the undersigned for all further proceedings.

**DONE** this the 16th day of May, 2012.

**VIRGINIA EMERSON HOPKINS**
United States District Judge